UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Linda Lopresti

Case No.: __19-11270/JNP__

Chapter: __7__

Judge: __JNP__

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __April 2, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
31 Cedarbrook Drive
Turnersville, NJ
FMV - $188,000.00

Liens on property:
Quicken - $166,926.00

Amount of equity claimed as exempt: $12,000.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee

Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.: (856) 451-7600

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Linda Lopresti

Case No.: 19-11270/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __April 2, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Timeshare:
Timeshare
Poconos, PA
FMV - $5,000.00

Liens on property: Split Rock - $12,809.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11270-JNP
Linda M Lopresti                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Feb 27, 2019
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2019.
```
db             +Linda M Lopresti,    31 Cedarbrook Drive,    Turnersville, NJ 08012-1510
517979826       ARS,    PO Box 8668,    Pompano Beach, FL 33075-8668
517979827      +Atlantic ER Phy Team Ped,    1801 Nw 66th Ave Ste 200,    Ars Account Resolution,
                 Plantation, FL 33313-4571
517979828     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517979829      +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
517979832      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517979833      +Jefferson Health NJ,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2020
517979835      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517987816      +Quicken Loans Inc.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517979837      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
517979838      +Split Rock Development, LLC,    c/o Concord,    4150 N. Drinkwater Blvd #200,
                 Scottsdale, AZ 85251-3643
517979841      +Washington Township Ambulance Assoc.,    PO Box 29013,    Newark, NJ 07101-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2019 00:32:10     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2019 00:32:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517979825      +E-mail/Text: mary.stewart@abcofcu.org Feb 28 2019 00:32:45     Abco Fcu,   Po Box 247,
                 Rancocas, NJ 08073-0247
517979831       E-mail/Text: mrdiscen@discover.com Feb 28 2019 00:31:09     Discoverbank,   Po Box 15316,
                 Wilmington, DE 19850
517979830      +E-mail/Text: mrdiscen@discover.com Feb 28 2019 00:31:09     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517979834      +E-mail/Text: bncnotices@becket-lee.com Feb 28 2019 00:31:16     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517979836      +E-mail/Text: bankruptcyteam@quickenloans.com Feb 28 2019 00:32:25     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
517979839      +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2019 00:49:05     Syncb/lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
517979840      +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2019 00:50:25     Syncb/sams Club Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
517981879      +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2019 00:49:04     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 27, 2019
                              Form ID: pdf905          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
          Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph J. Rogers    on behalf of Debtor Linda M Lopresti jjresq@comcast.net,   jjresq1@comcast.net
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 4